UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMIN A. MORALES,

                Plaintiff,

   - against -

UNITED STATES OF AMERICA, et al.,

                Defendants.

**ORDER**

09 Civ. 5006 (BSJ) (RLE)

*USDC SDNY — DOCUMENT ELECTRONICALLY FILED — DOC #: ___ — DATE FILED: 11-23-09*

**RONALD L. ELLIS, United States Magistrate Judge:**

Following an initial conference on November 17, 2009,

**IT IS HEREBY ORDERED** that the Parties appear for a subsequent conference with the Court on **January 21, 2010,** at **10:00 a.m.**

**SO ORDERED this 23rd day of November 2009**
New York, New York

*(signature)*

The Honorable Ronald L. Ellis
United States Magistrate Judge